| | |
|---|---|
| 1 | ALAN J. DROSTE [SBN 105616] |
| 2 | adroste@kpdlex.com<br>KING PARRET & DROSTE LLP |
| 3 | 450 Newport Center Drive, Suite 500<br>Newport Beach, CA 92660 |
| 4 | Telephone: (949) 939-3484<br>Facsimile:  (949) 644-3993 |
| 5 | LAWRENCE M. BUREK [SBN 132001] |
| 6 | lburek@lsblawyers.com<br>LAW OFFICE OF LAWRENCE M. BUREK |
| 7 | 550 North Parkcenter Drive, Suite 204<br>Santa Ana, CA  92705 |
| 8 | Telephone: (714) 564-9033<br>Facsimile: (714) 564-1685 |
| 9 | Attorneys for Defendant |
| 10 | LEONARD'S CARPET SERVICE, INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CLARK, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOSTIK, INC., a Delaware corporation; DAVID C. GREENBAUM CO., INC., a California corporation; LEONARD'S CARPET SERVICES, INC., a California Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-02670-JM-JLB<br><br>Hon. Jeffrey T. Miller<br><br>**NOTICE OF APPEARANCE FOR LAWRENCE M. BUREK AS COUNSEL OF RECORD FOR DEFENDANT LEONARD'S CARPET SERVICE, INC.** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, AND ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Lawrence M. Burek of the Law Office of Lawrence M. Burek, appears as counsel of record on behalf of Defendant, Leonard's Carpet Services, Inc. in the above-entitled action.  Effective

immediately, please add Lawrence M. Burek as an attorney to be noticed on all matters at the following address:

LAWRENCE M. BUREK [SBN 132001]
LAW OFFICE OF LAWRENCE M. BUREK
550 North Parkcenter Drive, Suite 204
Santa Ana, CA  92705
Telephone: (714) 564-9033
Facsimile: (714) 564-1685
E-Mail:  lburek@lsblawyers.com

    Other counsel of record for Leonard's Carpet Service, Inc. shall remain as counsel of record to be noticed.

Dated: February 29, 2016

Respectfully Submitted,

*/S/ Lawrence M. Burek*
LAWRENCE M. BUREK [SBN 132001]
lburek@lsblawyers.com
LAW OFFICE OF LAWRENCE M. BUREK
550 North Parkcenter Drive, Suite 204
Santa Ana, CA  92705
Telephone: (714) 564-9033

ALAN J. DROSTE [SBN 105616]
adroste@kpdlex.com
KING PARRET & DROSTE LLP
450 Newport Center Drive, Suite 500
Newport Beach, CA 92660
Telephone: (949) 939-3484

Attorneys for Defendant
LEONARD'S CARPET SERVICE, INC.

.

CERTIFICATE OF SERVICE – CM/ECF

I, Lawrence M. Burek, hereby certify and declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed in the County of Orange, State of California.

2. My business address is 550 North Parkcenter Drive, Suite 204, Santa Ana, CA 92705.

3. On February 29, 2016, I served a true copy of the attached document titled exactly:

**NOTICE OF APPEARANCE FOR LAWRENCE M. BUREK AS COUNSEL OF RECORD FOR DEFENDANT LEONARD'S CARPET SERVICE, INC.**

by filing through the CM/ECF system and thereby causing it to be served via electronic mail to all persons appearing on the docket sheet to receive service in this case, as listed below:

| | |
|---|---|
| Stuart M. Eppsteiner<br>sme@eppsteiner.com<br>Eppsteiner & Fiorica Attorneys, LLP<br>12555 High Bluff Drive, Suite 155<br>San Diego, CA 92130 | Joshua J. Pollack<br>jpollack@ScheidemantleLawGroup.com<br>Scheidemantle Law Group<br>35 East Union Street, Suite B<br>Pasadena, CA 91103 |
| Alan J. Droste<br>adroste@kpdlex.com<br>King Parrett & Droste, LLP<br>450 Newport Center Drive, Suite 500<br>Newport Beach, CA 92660<br>Telephone: (949) 939-3484 | Lawrence M. Burek<br>lburek@lsblawyers.com<br>Law Office of Lawrence M. Burek<br>550 North Parkcenter Drive<br>Suite 204<br>Santa Ana, CA 92705<br>Telephone: (714) 564-9033 |

I certify and declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February, 2016, in Santa Ana, California.

/S/ *Lawrence M. Burek*
Lawrence M. Burek
lburek@lsblawyers.com
(714) 564-9033