SCHEIDEMANTLE LAW GROUP P.C.
DAVID R. SCHEIDEMANTLE, State Bar No. 150054
dscheidemantle@ScheidemantleLawGroup.com
PETER E. SCHNAITMAN, State Bar No. 218982
pschnaitman@ScheidemantleLawGroup.com
JOSHUA J. POLLACK, State Bar No. 215922
jpollack@ScheidemantleLawGroup.com
35 East Union Street, Suite B
Pasadena, California 91103
Telephone:  (626) 638-1758
Facsimile:   (626) 628-1950

Attorneys for Defendant Bostik, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CLARK, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOSTIK, INC., a Delaware corporation; DAVID C. GREENBAUM CO., INC., a California corporation; LEONARD'S CARPET SERVICES, INC., a California Corporation, and DOES 1 through 100, inclusive.,<br><br>Defendants. | Case No. 3:15-cv-02670-JM-JLB<br><br>Hon. Jeffrey T. Miller<br><br>**NOTICE OF APPEARANCE OF DAVID R. SCHEIDEMANTLE AS COUNSEL OF RECORD FOR DEFENDANT BOSTIK, INC.** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, AND ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT David R. Scheidemantle of Scheidemantle Law Group P.C. appears as counsel of record on behalf of Defendant Bostik, Inc., in the above-entitled action. Effective immediately, please add David R. Scheidemantle as an attorney to be noticed on all matters at the following address:

```
DAVID R. SCHEIDEMANTLE
SCHEIDEMANTLE LAW GROUP P.C.
35 East Union Street, Suite B
Pasadena, California  91103
Telephone:  (626) 638-1758
Facsimile:  (626) 628-1950
E-mail:     dscheidemantle@ScheidemantleLawGroup.com
```

Other counsel of record for Bostik, Inc., shall remain as counsel of record to be noticed.

DATED: March 1, 2016            Respectfully submitted,

                                SCHEIDEMANTLE LAW GROUP P.C.
                                DAVID R. SCHEIDEMANTLE
                                PETER E. SCHNAITMAN
                                JOSHUA J. POLLACK


                                By: */s/ David R. Scheidemantle*
                                    DAVID R. SCHEIDEMANTLE

                                Attorneys for Defendant Bostik, Inc.

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Scheidemantle Law Group, P.C., 35 East Union Street, Suite B, Pasadena, CA 91103.

On March 1, 2016, I caused to be served the following document(s):

**NOTICE OF APPEARANCE OF DAVID R. SCHEIDEMANTLE AS COUNSEL OF RECORD FOR DEFENDANT BOSTIK, INC.**

on the interested parties registered and participating in the Electronic Case Filing Program in this action.

**BY ELECTRONIC TRANSMISSION VIA ECF** — I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for the United States District Court, Southern District of California, which sent Notification of Electronic Filing to those parties registered and participating in the Electronic Case Filing Program in this action. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 1, 2016, at Pasadena, California.

By: */s/ David R. Scheidemantle*
    David R. Scheidemantle