# MINUTES OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>   **Clark v. Bostik, Inc. et al.**   <u>Case No.:</u>   **15-cv-2670 JM (JLB)**

<u>Hon. Jill L. Burkhardt</u>   <u>Ct. Deputy Roi-Ann Bressi</u>   <u>Rptr. Tape: n/a</u>

Due to a conflict in the Court's calendar, the telephonic, counsel-only Early Neutral Evaluation and Case Management Conference currently set for April 11, 2016, at 2:00 PM (ECF No. 18) are hereby **RESET** for Friday, **<u>April 15, 2016</u>**, at **<u>10:00 AM</u>**.

Except for as stated above, this Order does not otherwise amend the dates and deadlines included in the Court's previous Orders regarding the Early Neutral Evaluation and Case Management Conference (ECF Nos. 14 and 18).

**IT IS SO ORDERED.**

Date:  March 3, 2016                                                                                   Initials:  lc1