STUART M. EPPSTEINER (SBN 098973)
SME@EPPSTEINER.COM
ANDREW J. KUBIK (SBN 246902)
AJK@EPPSTEINER.COM
**EPPSTEINER LAW, APC**
5519 CLAIREMONT MESA BLVD., STE. 5129
SAN DIEGO, CA  92117
TEL:  858.350.1500
FAX:  858.598.5599

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CLARK, individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BOSTIK, INC., a Delaware corporation; DAVID C. GREENBAUM CO., INC., a California corporation; LEONARD'S CARPET SERVICES, INC., a California Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | **Case No.  3:15-cv-02670-JM-JLB**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SUBSTITUTE REPRESENTATIVE PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:   July 5, 2016<br>Time:  10:00 a.m.<br>Courtroom:  5D<br><br>**NO ORAL ARGUMENT REQUESTED** |

# **NOTICE OF MOTION AND MOTION TO SUBSTITUTE CLASS REPRESENTATIVE AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on July 5, 2016, at 10:00 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Hon. Jeffrey T. Miller, located at 221 West Broadway, San Diego, California 92101, Plaintiffs will, and hereby do, move for an order granting Plaintiffs' motion to substitute representative plaintiff and leave to file Second Amended Complaint ('SAC").

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of Stuart M. Eppsteiner in Support of Plaintiffs' Motion, Plaintiffs' SAC, and the [Proposed] Order filed herewith, on all the of files and records of this action, and on any additional material that may be elicited at the hearing of this motion.

DATED: May 20, 2016                              */s/ Stuart M. Eppsteiner*

                                                      Stuart M. Eppsteiner
                                                    Andrew J. Kubik
                                                    EPPSTEINER LAW, APC

                                                    *Attorneys for Plaintiff and the Putative Class*