# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. GIESE; PATRICK E. RUNYON; TERRI E. RUNYON; JOSEPH S. SHUSTER; GEORGANNE L. SHUSTER; EVERADO VIDRIO; and ZEFERINA VIDRIO,<br><br>Plaintiffs,<br>v.<br>BOSTIK, INC.; DAVID C. GREENBAUM CO. INC.; LEONARD'S CARPET SERVICE, INC.,<br><br>Defendants. | CASE NO. 15cv2670 JM(JLB)<br><br>ORDER DISMISSING COMPLAINT |

On November 11, 2015, Plaintiffs filed the original complaint and, on June 29, 2016, Plaintiffs filed the Second Amended Complaint ("SAC"). The court dismisses the SAC because Plaintiffs fail to set forth the basis for the court's subject matter jurisdiction as required by Fed.R.Civ.P. 8(a)(1).

Federal courts are courts of limited jurisdiction. "Without jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." Steel Co. v. Citizens for a Better Environment, 523 U.S. 83, 94 (1998) (quoting Ex parte McCardle, 74 U.S. (7 Wall.) 506, 514, 19 L.Ed. 264 (1868)). Accordingly, federal courts are under a continuing duty to confirm their

1 | jurisdictional power and are even "obliged to inquire <u>sua sponte</u> whenever a doubt
2 | arises as to [its] existence. . . ." <u>Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle</u>, 429
3 | U.S. 274, 278 (1977) (citations omitted).

4 | Here, Plaintiffs have failed to identify the basis for the court's exercise of subject
5 | matter jurisdiction. Accordingly, the court dismisses the SAC. The Clerk of Court is
6 | instructed to close the file.

7 | **IT IS SO ORDERED.**
8 | DATED: September 1, 2016

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:      All parties